UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  12-CV-24291-JLK

SUSAN DILIN, et al,

       Plaintiffs,

vs.

MILOS BY COSTAS SPILIADIS
INC. and COSTAS SPILIADIS,

       Defendants.

_____/

## PLAINTIFFS' STATEMENT OF DAMAGES

PLAINTIFFS, by and through their undersigned counsel, file their Statement of

Damages, as follows:

    A. <u>Minimum Wage Claim</u>: See attached, Liquidated damages,[1] fees and cost pursuant to §216(b) of the FLSA.

    B. <u>Overtime Claim</u>: See attached, liquidated damages, fees and cost pursuant to §216(b) of the FLSA.

---

[1] See 29 U.S.C §§203 (m), 216 (b).

Pursuant to the Fair labor Standards Act ("FLSA"), an employer will be assessed a "liquidated damages" penalty if the employer reasonably should have known that it was required to pay for overtime.  For purposes of the FLSA, the standard for "reasonably should have know" is very low.  See <u>Barcelona v. Tiffany English Pub, Inc.</u>, 597 F.2d 464 (5th Cir. 1979) (ignorance of FLSA's overtime and minimum wage obligations not a defense); <u>Thomas v. Howard University Hosp.</u>, 39 F.3d 370 (D.C. Cir. 1994) (low level clerical error in miscalculating pay enough to prove willfulness);  <u>Washington v. Miller</u>, 721 F.2d 797, 803 (11th Cir. 1983) (affirming maximum damages for nontechnical violations); <u>Herman v. RSR Security Services, Ltd.</u>, 1999 WL 174084 (2d Cir. 1999); <u>Reich v. Priba Corp.</u>, 890 F. Supp. 586, 596 (N.D. Tex. 1995).

C. <u>Retaliation Claim</u>: See attached, liquidated damages.

D. <u>Fees & Costs</u>: Pursuant to §216(b) of the FLSA, Plaintiff has incurred $452.00 in costs and $2,380.00 (6.8 hrs x $350.00) in fees.

Dated:  January 4, 2013.

Respectfully Submitted,

/s/ Lawrence J. McGuinness, Esq.
Fla. Bar No. 814611
McGuinness & Gonzalez, P.A.
1627 S.W. 37th Avenue, Suite 100
Miami, FL 33145
Tel. (305) 448-9557
Fax. (305) 448-9559
Email. ljmpalaw@netzero.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF; and that the foregoing document is served on this 4th day of January 2013, to all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of the notices of Electronic Filing generated by the CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully Submitted,

/s/ Lawrence J. McGuinness, Esq.
Fla. Bar No. 814611
McGuinness & Gonzalez, P.A.
1627 S.W. 37th Avenue, Suite 100
Miami, FL 33145
Tel. (305) 448-9557
Fax. (305) 448-9559
Email. ljmpalaw@netzero.com

*Counsel for Plaintiffs*

## SERVICE LIST

Jennifer A.. Schwartz, Esq.
Fla. Bar No. 502431
Jackson Lewis, LLP
2 S. Biscayne Boulevard, Suite 3500
Miami, FL 33131
Tel. (305) 577-7600
Fax. (305) 373-4466
Email. jennifer.schwartz@jacksonlewis.com

*Counsel for Defendant*
*Service by CM/ECF*

<u>**Damages**</u>

<u>**Dolin v. Millos**</u>

# <u>Aaron Lyles</u>

**<u>Owed Wages</u>**
**<u>May 1, 2012-October 22, 2012</u>**

**Meeting[1]**
$7.67/hour - $4.65 hour = $3.02/ hour (Hourly rate owed to Plaintiff)
$3.02/hour x 5 hours/week x 4.3 weeks in a month x 6 months = <u>**$389.58**</u>

**Uniform[2]**
$210.00

**<u>Owed Overtime[3]</u>**
**<u>April  2012 – May 2012</u>**
$7.67/hour x 1.5 x 20 hours of overtime x 4.3 weeks in a month x 1 months = **$989.43**

**<u>Lost Wages</u>**
**<u>October, 2012-Present</u>**
$4.65/hour x 40 hours/week x 4.3 weeks in a month x 2 months = **$1,599.60**
$1,000.00 in tips/week x 4.3 weeks in a month x 2 months = **$8,600.00**

**Total Amount: $11,723.68**
**Liquidated Damages:** $11,723.68 x 2 = <u>**$23,447.36**</u>

---

[1] Plaintiff was required to attend one-hour meetings every shift for which Defendant paid Plaintiff $4.64 instead of $7.67.

[2] Plaintiff had to pay for his own uniform during his employment with Defendant. Plaintiff bought two pairs of shoes at $50.00 each, two pairs of pants at $35.00 each, and two shirts for $20.00 each.

[3] Plaintiff received training during this period and Defendant never paid for overtime hours.

## Susan Dolin

**Owed Wages**
**May, 2012-September, 2012**

**Meeting**[4]
$7.67/hour - $4.65 hour = $3.02/ hour (Hourly rate owed to Plaintiff)
$3.02/hour x 5 hours/week x 4.3 weeks in a month x 4 months = **$252.72**

**Uniform**[5]
$210.00

**Owed Overtime**[6]
**April , 2012 – May, 2012**
$7.67/hour x 1.5 x 20 hours of overtime x 4.3 weeks in a month x 1 months = **$989.43**

**Lost Wages**
**October, 2012-Present**
$4.65/hour x 40 hours/week x 4.3 weeks in a month x 2 months = **$1,599.60**
$1,000.00 in tips/week x 4.3 weeks in a month x 2 months = **$8,600.00**

**Total Amount: $11,651.75**
**Liquidated Damages:** $11,651.75 x 2 = **$23,303.50**

---

[4] See footnote 1, supra.

[5] See footnote 2, supra.

[6] See footnote 3, supra.

## Zeljko Gvozdenovic

**Owed Wages**
**May, 2012-October, 2012**

**Meeting[7]**
$7.67/hour - $4.65 hour = $3.02/ hour (Hourly rate owed to Plaintiff)
$3.02/hour x 5 hours/week x 4.3 weeks in a month x 6 months = **$389.58**

**Uniform[8]**
$210.00

**Owed Overtime[9]**
**April , 2012 – May, 2012**
$7.67/hour x 1.5 x 20 hours of overtime x 4.3 weeks in a month x 1 months = **$989.43**

**Lost Wages**
**October, 2012-Present**
$4.65/hour x 40 hours/week x 4.3 weeks in a month x 2 months = **$1,599.60**
$1,000.00 in tips/week x 4.3 weeks in a month x 2 months = **$8,600.00**

**Total Amount: $11,788.61**
**Liquidated Damages: $11,788.61 x 2= $23,577.22**

---

[7] See footnote 1, supra.

[8] See footnote 2, supra.

[9] See footnote 3, supra.

## Martin Salazar

**Owed Wages**
**May 2012-November 2012**

**Meeting**[10]
$7.67/hour - $4.65 hour = $3.02/ hour (Hourly rate owed to Plaintiff)
$3.02/hour x 5 hours/week x 4.3 weeks in a month x 6 months = **$389.58**

**Uniform**[11]
$210.00

**Owed Overtime**[12]
**April 2012 – May 22, 2012**
$7.67/hour x 1.5 x 20 hours of overtime x 4.3 weeks in a month x 1 months = **$989.43**

**Lost Wages**
**November 2012-Present**
$4.65/hour x 40 hours/week x 4.3 weeks in a month x 1 months = **$799.80**
$1,000.00 in tips/week x 4.3 weeks in a month x 1 months = **$4,300.00**

**Total Amount: $6,688.81**
**Liquidated Damages: $6,688.81 x 2= $13,377.62**

---

[10] See footnote 1, supra.

[11] See footnote 2, supra.

[12] See footnote 3, supra.

## Maria Komnenic

### Owed Wages
### May 2012-November 2012

**Meeting[13]**
$7.67/hour - $4.65 hour = $3.02/ hour (Hourly rate owed to Plaintiff)
$3.02/hour x 5 hours/week x 4.3 weeks in a month x 6 months = **$389.58**

**Uniform[14]**
$210.00

### Owed Overtime[15]
### April 2012 – May 2012
$7.67/hour x 1.5 x 20 hours of overtime x 4.3 weeks in a month x 1 months = **$989.43**

### Lost Wages
### November 2012-Present
$4.65/hour x 40 hours/week x 4.3 weeks in a month x 1 months = **$799.80**
$700.00 in tips/week x 4.3 weeks in a month x 1 months = **$3,010.00**

**Total Amount:** $5,398.81
**Liquidated Damages:** $5,398.81 x 2 = **$10,797.62**

---

[13] See footnote 1, supra.

[14] See footnote 2, supra.

[15] See footnote 3, supra.

## Britton Orsini

**Owed Wages**
**May 2012-July 2012**

**Meeting**[16]
$7.67/hour - $4.65 hour = $3.02/ hour (Hourly rate owed to Plaintiff)
$3.02/hour x 5 hours/week x 4.3 weeks in a month x 3 months = **$194.79**

**Uniform**[17]
**$210.00**

**Owed Overtime**[18]
**April 2012 – May 2012**
$7.67/hour x 1.5 x 20 hours of overtime x 4.3 weeks in a month x 1 months = **$989.43**

**Lost Wages**
**July 2012-Present**
$4.65/hour x 40 hours/week x 4.3 weeks in a month x 1 months = **$799.80**
$1,000.00 in tips/week x 4.3 weeks in a month x 1 months = **$4,300.00**

**Total Amount: $6,494.02**
**Liquidated Damages:** $6,494.02 x 2= **$12,988.04**

---

[16] See footnote 1, supra.

[17] See footnote 2, supra.

[18] See footnote 3, supra.

## Franco Mora

### Owed Wages
### May 2012-October 2012

**Meeting**[19]
$7.67/hour - $4.65 hour = $3.02/ hour (Hourly rate owed to Plaintiff)
$3.02/hour x 5 hours/week x 4.3 weeks in a month x 6 months = **$389.58**

**Uniform**[20]
$210.00

### Owed Overtime[21]
### April 2012 – May 2012
$7.67/hour x 1.5 x 20 hours of overtime x 4.3 weeks in a month x 1 months = **$989.43**

### Lost Wages
### October  2012-December 2012
$4.65/hour x 40 hours/week x 4.3 weeks in a month x 2 months = **$1,599.60**
$700.00 in tips/week x 4.3 weeks in a month x 2 months = **$6,020.00**

**Total Amount:** $9,143.68
**Liquidated Damages:** $9,143.68 x 2 = **$18,287.36**

---

[19] See footnote 1, supra.

[20] See footnote 2, supra.

[21] See footnote 3, supra.

## Kurt Jablonski

**Owed Wages**
**May, 2012-October, 2012**

**Meeting**[22]
$7.67/hour - $4.65 hour = $3.02/ hour (Hourly rate owed to Plaintiff)
$3.02/hour x 5 hours/week x 4.3 weeks in a month x 6 months = **$389.58**

**Uniform**[23]
$210.00

**Owed Overtime**[24]
**April , 2012 – May, 2012**
$7.67/hour x 1.5 x 20 hours of overtime x 4.3 weeks in a month x 1 months = **$989.43**

**Lost Wages**
**October, 2012-Present**
$4.65/hour x 40 hours/week x 4.3 weeks in a month x 1 months = **$799.80**
$1,000.00 in tips/week x 4.3 weeks in a month x 1 months = **$4,300.00**

**Total Amount:** $6,688.81
**Liquidated Damages:** $6,688.81 x 2 = **$13,377.62**

---

[22] See footnote 1, supra.

[23] See footnote 2, supra.

[24] See footnote 3, supra.

## Michael Leader

**Owed Wages**
**May 2012-October 2012**

Meeting[25]
$7.67/hour - $4.65 hour = $3.02/ hour (Hourly rate owed to Plaintiff)
$3.02/hour x 5 hours/week x 4.3 weeks in a month x 6 months = **$389.58**

Uniform[26]
$210.00

**Owed Overtime**[27]
**April 2012 – May 2012**
$7.67/hour x 1.5 x 20 hours of overtime x 4.3 weeks in a month x 1 months = **$989.43**

**Lost Wages**
**October  2012-December 2012**
$4.65/hour x 40 hours/week x 4.3 weeks in a month x 2 months = **$1,599.60**
$700.00 in tips/week x 4.3 weeks in a month x 2 months = **$6,020.00**

**Total Amount:** $9,143.68
**Liquidated Damages:** $9,143.68 x 2 = **$18,287.36**

---

[25] See footnote 1, supra.

[26] See footnote 2, supra.

[27] See footnote 3, supra.

## Jessica Bournias

### Owed Wages
### May 2012-November 2012

**Meeting**[28]
$7.67/hour - $4.65 hour = $3.02/ hour (Hourly rate owed to Plaintiff)
$3.02/hour x 5 hours/week x 4.3 weeks in a month x 6 months = **$389.58**

**Uniform**[29]
$210.00

### Owed Overtime[30]
### April 2012 – May 2012
$7.67/hour x 1.5 x 20 hours of overtime x 4.3 weeks in a month x 1 months = **$989.43**

### Lost Wages
### November 2012-Present
$4.65/hour x 40 hours/week x 4.3 weeks in a month x 1 months = **$799.80**
$700.00 in tips/week x 4.3 weeks in a month x 1 months = **$3,010.00**

**Total Amount:** $5,398.81
**Liquidated Damages:** $5,398.81 x 2 = **$10,797.62**

---

[28] See footnote 1, supra.

[29] See footnote 2, supra.

[30] See footnote 3, supra.

## Daniel Lalama

**Owed Wages**
**May 2012-July 2012**

Meeting[31]
$7.67/hour - $4.65 hour = $3.02/ hour (Hourly rate owed to Plaintiff)
$3.02/hour x 5 hours/week x 4.3 weeks in a month x 3 months = **$194.79**

Uniform[32]
$210.00

**Owed Overtime**[33]
**April 2012 – May 2012**
$7.67/hour x 1.5 x 20 hours of overtime x 4.3 weeks in a month x 1 months = **$989.43**

**Lost Wages**
**November 2012-Present**
$4.65/hour x 40 hours/week x 4.3 weeks in a month x 1 months = **$799.80**
$700.00 in tips/week x 4.3 weeks in a month x 1 months = **$3,010.00**

**Total Amount: $4,994.02**
**Liquidated Damages:** $4,994.02 x 2= **$9,988.04**

---

[31] See footnote 1, supra.

[32] See footnote 2, supra.

[33] See footnote 3, supra.

## Richard Sawicki

### Owed Wages
### May 2012-July 2012

**Meeting**[34]
$7.67/hour - $4.65 hour = $3.02/ hour (Hourly rate owed to Plaintiff)
$3.02/hour x 5 hours/week x 4.3 weeks in a month x 3 months = **$194.79**

**Uniform**[35]
$210.00

### Owed Overtime[36]
### April 2012 – May 2012
$7.67/hour x 1.5 x 20 hours of overtime x 4.3 weeks in a month x 1 months = **$989.43**

### Lost Wages
### November 2012-Present
$4.65/hour x 40 hours/week x 4.3 weeks in a month x 1 months = **$799.80**
$700.00 in tips/week x 4.3 weeks in a month x 1 months = **$3,010.00**

**Total Amount: $4,994.02**
**Liquidated Damages:** $4,994.02 x 2= **$9,988.04**

---

[34] See footnote 1, supra.

[35] See footnote 2, supra.

[36] See footnote 3, supra.

## Debbie Vaquero

**Owed Wages**
**May, 2012-October, 2012**

**Meeting**[37]
$7.67/hour - $4.65 hour = $3.02/ hour (Hourly rate owed to Plaintiff)
$3.02/hour x 5 hours/week x 4.3 weeks in a month x 6 months = **$389.58**

**Uniform**[38]
$210.00

**Owed Overtime**[39]
**April , 2012 – May, 2012**
$7.67/hour x 1.5 x 20 hours of overtime x 4.3 weeks in a month x 1 months = **$989.43**

**Lost Wages**
**October, 2012-Present**
$4.65/hour x 40 hours/week x 4.3 weeks in a month x 1 months = **$799.80**
$1,000.00 in tips/week x 4.3 weeks in a month x 1 months = **$4,300.00**

**Total Amount:** $6,688.81
**Liquidated Damages:** $6,688.81 x 2 = **$13,377.62**

---

[37] See footnote 1, supra.

[38] See footnote 2, supra.

[39] See footnote 3, supra.

## Alli Brett

**Owed Wages**
**May, 2012-October, 2012**

**Meeting**[40]
$7.67/hour - $4.65 hour = $3.02/ hour (Hourly rate owed to Plaintiff)
$3.02/hour x 5 hours/week x 4.3 weeks in a month x 6 months = **$389.58**

**Uniform**[41]
$210.00

**Owed Overtime**[42]
**April , 2012 – May, 2012**
$7.67/hour x 1.5 x 20 hours of overtime x 4.3 weeks in a month x 1 months = **$989.43**

**Lost Wages**
**October, 2012-Present**
$4.65/hour x 40 hours/week x 4.3 weeks in a month x 1 months = **$799.80**
$1,000.00 in tips/week x 4.3 weeks in a month x 1 months = **$4,300.00**

**Total Amount:** $6,688.81
**Liquidated Damages:** $6,688.81 x 2 = **$13,377.62**

---

[40] See footnote 1, supra.

[41] See footnote 2, supra.

[42] See footnote 3, supra.

## Javier Rives

**Owed Wages**
**May, 2012-October, 2012**

**Meeting**[43]
$7.67/hour – $4.65 hour = $3.02/ hour (Hourly rate owed to Plaintiff)
$3.02/hour x 5 hours/week x 4.3 weeks in a month x 6 months = **$389.58**

**Uniform**[44]
$210.00

**Owed Overtime**[45]
**April , 2012 – May, 2012**
$7.67/hour x 1.5 x 20 hours of overtime x 4.3 weeks in a month x 1 months = **$989.43**

**Lost Wages**
**October, 2012-Present**
$4.65/hour x 40 hours/week x 4.3 weeks in a month x 1 months = **$799.80**
$1,000.00 in tips/week x 4.3 weeks in a month x 1 months = **$4,300.00**

**Total Amount:** $6,688.81
**Liquidated Damages:** $6,688.81 x 2 = **$13,377.62**

---

[43] See footnote 1, supra.

[44] See footnote 2, supra.

[45] See footnote 3, supra.

## Rolando Lizarzaburu

**Owed Wages**
**May, 2012-October, 2012**

**Meeting**[46]
$7.67/hour - $4.65 hour = $3.02/ hour (Hourly rate owed to Plaintiff)
$3.02/hour x 5 hours/week x 4.3 weeks in a month x 6 months = **$389.58**

**Uniform**[47]
$210.00

**Owed Overtime**[48]
**April , 2012 – May, 2012**
$7.67/hour x 1.5 x 20 hours of overtime x 4.3 weeks in a month x 1 months = **$989.43**

**Lost Wages**
**October, 2012-Present**
$4.65/hour x 40 hours/week x 4.3 weeks in a month x 1 months = **$799.80**
$1,000.00 in tips/week x 4.3 weeks in a month x 1 months = **$4,300.00**

**Total Amount:** $6,688.81
**Liquidated Damages:** $6,688.81 x 2 = **$13,377.62**

---

[46] See footnote 1, supra.

[47] See footnote 2, supra.

[48] See footnote 3, supra.

## Briton Tyle Moore

**Owed Wages**
**May, 2012-October, 2012**

**Meeting[49]**
$7.67/hour - $4.65 hour = $3.02/ hour (Hourly rate owed to Plaintiff)
$3.02/hour x 5 hours/week x 4.3 weeks in a month x 6 months = **$389.58**

**Uniform[50]**
$210.00

**Owed Overtime[51]**
**April , 2012 – May, 2012**
$7.67/hour x 1.5 x 20 hours of overtime x 4.3 weeks in a month x 1 months = **$989.43**

**Lost Wages**
**October, 2012-Present**
$4.65/hour x 40 hours/week x 4.3 weeks in a month x 1 months = **$799.80**
$1,000.00 in tips/week x 4.3 weeks in a month x 1 months = **$4,300.00**

**Total Amount:** $6,688.81
**Liquidated Damages:** $6,688.81 x 2 = **$13,377.62**

---

[49] See footnote 1, supra.

[50] See footnote 2, supra.

[51] See footnote 3, supra.

## Chris Brockmeyer.

**Owed Wages**
**May, 2012-October, 2012**

**Meeting**[52]
$7.67/hour - $4.65 hour = $3.02/ hour (Hourly rate owed to Plaintiff)
$3.02/hour x 5 hours/week x 4.3 weeks in a month x 6 months = **$389.58**

**Uniform**[53]
$210.00

**Owed Overtime**[54]
**April , 2012 – May, 2012**
$7.67/hour x 1.5 x 20 hours of overtime x 4.3 weeks in a month x 1 months = **$989.43**

**Lost Wages**
**October, 2012-Present**
$4.65/hour x 40 hours/week x 4.3 weeks in a month x 1 months = **$799.80**
$1,000.00 in tips/week x 4.3 weeks in a month x 1 months = **$4,300.00**

**Total Amount:** $6,688.81
**Liquidated Damages:** $6,688.81 x 2 = **$13,377.62**

---

[52] See footnote 1, supra.

[53] See footnote 2, supra.

[54] See footnote 3, supra.